Martin A. Ostrow, Philadelphia, for appellant.

Vincent J. Salandria, Philadelphia, for appellee.

Before O'BRIEN, C. J., and ROBERTS, NIX, LARSEN, FLAHERTY, KAUFFMAN and WILKINSON, JJ.

## ORDER

PER CURIAM:

Matter transferred to Commonwealth Court.

437 A.2d 933

**COMMONWEALTH of Pennsylvania**

v.

**Robert LABORANTI, Jr., Appellant.**

Supreme Court of Pennsylvania.

Submitted Oct. 28, 1981.

Decided Dec. 17, 1981.

John J. Dunn, Sr., Public Defender, for appellant.

Ernest D. Preate, Jr., Dist. Atty., Joseph Wright, Scranton, for appellee.

Before O'BRIEN, C. J., and ROBERTS, NIX, LARSEN, FLAHERTY, KAUFFMAN and WILKINSON, JJ.

ORDER

PER CURIAM.

The judgment of sentence is affirmed.

437 A.2d 933

**COMMONWEALTH of Pennsylvania**

**v.**

**Garnie SEGERS, Appellant.**

Supreme Court of Pennsylvania.

Argued Oct. 22, 1981.

Decided Dec. 17, 1981.

Joseph C. Vignola, Philadelphia, (court-appointed), for appellant.

Robert B. Lawler, Chief, Appeals Div., Asst. Dist. Atty., Mark S. Gurevitz, Philadelphia, for appellee.

Before O'BRIEN, C. J. and ROBERTS, NIX, LARSEN, FLAHERTY, KAUFFMAN and WILKINSON, JJ.

ORDER

PER CURIAM:

Judgment of sentence affirmed.